# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Beatrice Angela DeFranco

Debtor

Case No.: 15-12211
Chapter: 7
Hearing Date: 6/17/15

Judge Carol A. Doyle

## NOTICE OF MOTION

**TO:** Richard M. Fogel, Interim Trustee, 321 N. Clark Street Suite 800, Chicago, IL 60654 by electronic notice through ECF
Beatrice Angela DeFranco, Debtor, 1339 Lathrop Avenue, River Forest, IL 60305
Robert J Adams, Attorney for Debtor, 901 W Jackson Suite 202, Chicago, IL 60607 by electronic notice through ECF

PLEASE TAKE NOTICE that on 6/17/15, at 10:00AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Carol A. Doyle, Bankruptcy Judge, in the courtroom usually occupied by him/her at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, Room 742, or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on June 5, 2015 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on June 5, 2015.

/s/ Joel P. Fonferko
Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-10-14420)**

NOTE: This law firm is a debt collector.

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on June 5, 2015 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on June 5, 2015.

  Richard M. Fogel, Interim Trustee, 321 N. Clark Street Suite 800, Chicago, IL 60654 by electronic notice through ECF
  Beatrice Angela DeFranco, Debtor, 1339 Lathrop Avenue, River Forest, IL 60305
  Robert J Adams, Attorney for Debtor, 901 W Jackson Suite 202, Chicago, IL 60607 by electronic notice through ECF

   /s/ Joel P. Fonferko
     Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-10-14420)**

NOTE: This law firm is a debt collector.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** <br><br> Beatrice Angela DeFranco <br><br><br> Debtor | Case No.: 15-12211 <br> Chapter: 7 <br> Hearing Date: 6/17/15 <br><br> Judge Carol A. Doyle |

## MOTION TO CONFIRM TERMINATION OR ABSENCE OF STAY

**NOW COMES** JPMORGAN CHASE BANK, NATIONAL ASSOCIATION (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to 11 U.S.C. §362(j) for an Order confirming termination or absence of stay, and in support thereof states as follows:

1.  This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois;

2.  The Debtor is indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 1339 N. Lathrop Avenue, River Forest, IL 60305;

3.  This security interest arose from a Note and Mortgage, executed on 9/28/1998, in the amount of $385,600.00;

4.  Debtor filed a petition under Chapter 7 of Title 11, United States Bankruptcy Code on 4/4/15;

5.  The Debtor has had more than one prior case dismissed within 365 days of filing the current case:

    a.  Bankruptcy Chapter 13 Case #14-08276 filed on 3/9/14 by Beatrice Angela DeFranco. Case dismissed on 8/26/14;

  b. Bankruptcy Chapter 13 Case #14-35310 filed on 9/29/14 by Beatrice Angela DeFranco.  Case dismissed on 2/24/15;

6. Neither of the prior cases were dismissed pursuant to 11 U.S.C. §707(b);

7. That pursuant to 11 U.S.C. §362(c)(4) no automatic stay has been in effect since the filing of the bankruptcy;

8. Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding as follows:

  $750.00 for Preparation of Notice and Motion and prosecution of same

9. The debtor has not filed a motion to impose the stay within the 30 days of the filing of the bankruptcy case;

**WHEREFORE,** JPMORGAN CHASE BANK, NATIONAL ASSOCIATION prays this Court enter an order pursuant to 11 U.S.C. §362(j) confirming termination or absence of stay, allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated this June 5, 2015.

        Respectfully Submitted,

        Codilis & Associates, P.C.

        By:   /s/ Joel P. Fonferko

        Berton J. Maley ARDC#6209399
        Rachael A. Stokas ARDC#6276349
        Gloria C. Tsotsos ARDC#6274279
        Jose G. Moreno ARDC#6229900
        Peter C. Bastianen ARDC#6244346
        Joel P. Fonferko ARDC#6276490
        Maria A. Georgopoulos ARDC#6281450

**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-10-14420)**

NOTE: This law firm is a debt collector.