UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-12211 |
| Beatrice Angela DeFranco | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Carol Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER CONFIRMING TERMINATION OR ABSENCE OF STAY

THIS CAUSE coming to be heard on the motion of JPMorgan Chase Bank, National Association, a secured creditor herein, for an order confirming termination or absence of stay, the Court having jurisdiction over the subject matter and due notice having been given;

WHEREFORE, IT IS HEREBY ORDERED:

Pursuant to 11 U.S.C. Section 362(j) no automatic stay is in effect.  JPMorgan Chase Bank, National Association its principals, agents, successors and/or assigns has had relief from the automatic stay since the filing of the bankruptcy case and is allowed to pursue all non bankruptcy remedies and work out options as to the property commonly known as 1339 N. Lathrop Avenue, River Forest, IL 60305.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  June 17, 2015

**Prepared by:**

Joel P. Fonferko  ARDC#6276490
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-10-14420)